UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>    Plaintiff,<br><br>  v.<br><br>M. FORUM, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00277-MJS (PC)<br><br>**ORDER REQUIRING PLAINTIFF TO PAY FILING FEE OR FILE MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**ORDER DIRECTING CLERK OF COURT TO TERMINATE MOTION**<br><br>**(ECF No. 2)**<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action filed on February 26, 2018. (ECF No. 1.)

Plaintiff has been determined to be a "three striker" who, by reason of having had three prior suits filed by him pro se dismissed as frivolous, may not proceed without paying the filing fee absent extenuating circumstance. 28 U.S.C.A. § 1915(g). See Shepard v. Cannolly, No. 2:11-cv-0126-UA-MAN (C.D. Cal. Feb. 17, 2011); Shepard v. Johnson, et al., No. 1:11-cv-01726-SKO PC (E.D. Cal. Aug. 7, 2012); Shepard v.

1 | Munoz, et al., No. 1:12-cv-01470-GSA-PC (E.D. Cal. Oct. 8, 2013). Plaintiff has not prepaid the filing fee as required by Local Rule 121(c). He did file, along with his Complaint, a "Motion: Request How to Send the Funds of $400.00" asking how to submit funds to the Court (i.e., whether by check, money order, credit card, etc.). (ECF No. 2.)

The Court cannot give legal advice or advise Plaintiff how to prosecute his case. He is referred to the Local Rules of the Eastern District for answers to his questions. Captioning a request for advice as a "motion" is inappropriate.

Plaintiff may not file a motion or anything else in this case until he pays the filing fee. (Local Rule 121(c) provides that a litigant may "not file any paper, issue any process, or render any other service for which a fee is prescribed by statute or by the Judicial Conference of the United States" until Plaintiff pays the filing fee.) Plaintiff's "motion" shall be terminated as unauthorized; the Clerk of Court is instructed to so terminate it.

Furthermore, Plaintiff shall, within thirty days of service of this Order, pay the appropriate filing fee of $400.00 for a civil case or file a motion to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

(1) The Clerk of Court terminate Plaintiff's "Motion: Request How to Send the Funds of $400.00" (ECF No. 2);

(2) The Clerk of Court "not file any paper, issue any process, or render any other service for which a fee is prescribed by statute or by the Judicial Conference of the United States" in this case until Plaintiff pays the filing fee pursuant to Local Rule 121(c);

(3) Within thirty (30) days from the date of service of this Order, Plaintiff shall either file the application to proceed in forma pauperis or pay the appropriate $400.00 filing fee in full; and

(4) Failure to obey this order will result in a recommendation of dismissal of this action. See Local Rule 110.

IT IS SO ORDERED.

Dated: March 1, 2018      /s/ *Michael J. Seng*
                          UNITED STATES MAGISTRATE JUDGE