IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD, | Case No. 1:18-cv-00277 DAD JDP |
| Plaintiff, | ORDER |
| v. | ECF No. 25 |
| M. BORUM, *et al.*, | |
| Defendants. | |

    For good cause shown, defendants' motion to modify the discovery and scheduling order is GRANTED. The deadline to file a motion for summary judgment for failure to exhaust administrative remedies is extended by thirty days. Any motion for summary judgment for failure to exhaust administrative remedies must be filed on or before July 6, 2019.

IT IS SO ORDERED.

Dated:   May 21, 2019           /s/ Jeremy Peterson
                                                   UNITED STATES MAGISTRATE JUDGE