IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>M. BORUM, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:18-cv-00277 DAD JDP<br><br>ORDER GRANTING IN PART DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER<br><br>ECF No. 42<br><br>ORDER DENYING PLAINTIFF'S MOTIONS REGARDING CASE STATUS AND MOVEMENT<br><br>ECF Nos. 43, 47 |

Defendants' motion to modify the discovery and scheduling order is granted in part. ECF No. 42. For good cause shown it is hereby ordered that the dispositive motion deadline is extended to May 15, 2020. No further extensions shall be granted absent extraordinary circumstances.

1

Plaintiff's motions regarding case status and movement, ECF Nos. 43, 47, are denied because they are baseless. There were no additional motions or orders filed during the time periods in question.

IT IS SO ORDERED.

Dated:  March 5, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 204.