UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>M. BORUM, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00277-DAD-JDP<br><br>ORDER DIRECTING DEFENDANTS TO CORRECT SERVICE AND EXTENDING THE DEADLINE FOR PARTIES TO OBJECT TO FINDINGS AND RECOMMENDATIONS<br><br>OBJECTIONS DUE FOURTEEN DAYS AFTER CORRECTED PROOF OF SERVICE |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On March 25, 2020, he notified the court that he had not received defendants' March 12, 2020, response to the court's order to show cause. *See* ECF No. 57. Indeed, defendants' proof of service appears defective because it shows the wrong address for plaintiff. *See* ECF No. 52-4. Thus, we direct defendants to correct service and file a new proof of service of their response to the court's order to show cause. ECF No. 52.

The documents in that response were used by the court to evaluate plaintiff's motion for summary judgment, ECF No. 29, and issue the pending findings and recommendations to deny it, ECF No. 53. Thus, we extend the deadline to file objections to our findings and recommendations until fourteen days after defendants have filed the corrected proof of service.

1

IT IS SO ORDERED.

Dated: March 27, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 204.