IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD, | Case No. 1:18-cv-00277 DAD JDP |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER |
| v. | |
| | ECF No. 62 |
| M. BORUM, *et al.*, | |
| Defendants. | |

Good cause appearing, defendants' motion to modify the discovery and scheduling order is granted. The dispositive motion deadline is hereby reset to June 5, 2020.

IT IS SO ORDERED.

Dated:   May 14, 2020                             /s/ Jeremy Peterson
                                                      UNITED STATES MAGISTRATE JUDGE

No. 204.